IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
                Plaintiff,       )        MAG 93-0271-JFM
                                 )
        v.                       )
                                 )
HUGH NEILSON,                    )
                                 )
                Defendant.       )
_____ )

### ORDER FOR REMISSION OF FINE

This matter is before the court on the petition of the
United States for remission of the unpaid portion of the criminal
fine owed by the defendant, in accordance with the provisions of
18 U.S.C. § 3573.  The court finds it has jurisdiction over the
subject matter and the parties, and having reviewed the petition;

ORDERS that the unpaid portion of the criminal fine imposed
against the defendant Hugh Neilson is hereby remitted.

IT IS SO ORDERED:

Dated: June 14, 2006.


_____
UNITED STATES MAGISTRATE JUDGE

neilson.ord.wpd